USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

DONTAY BLACKWOOD, a/k/a "Lucky,"
KEISHA NARCISSE,
TIMOTHY PRIMO, and
KAREEF AUGSUTE,

                             Defendants.
------------------------------------------------------------ X

14-CR-317 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 2, 2015, Timothy Primo was ordered to pay restitution in the amount of $6,000.00; and

    WHEREAS on September 30, 2015, Kareef Auguste was ordered to pay restitution in the amount of $3,371.00.

    IT IS HEREBY ORDERED that not later than **October 23, 2025**:

1. The Government must file on ECF the Restitution Order and Victim List for Timothy Primo and Kareef Auguste; and

2. The Government must inform the Court whether, in its view, Restitution is joint and several among all four defendants.

**SO ORDERED.**

Dated: September 24, 2025
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**