

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 20, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2025
```

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   *United States v. Dontay Blackwood*, No. 14 Cr. 317 (VEC)

Dear Judge Caproni:

      The Government writes to respectfully request an extension of time to respond to the Court's Order directing the Government to provide the Court with specific information by October 23, 2025. Dkt. 155. On or about September 24, 2025, the Court ordered that, by October 23, 2025, the Government: (1) file the restitution order and victim list for Timothy and Kareef Auguste and (2) advise the Court whether, in its view, restitution is joint and several among all the defendants. The AUSA previously assigned to this case has since left the Office. The Government has been reviewing the files in its possession and has requested the archived file in this matter, but there has been a delay in the retrieval of the file due to staff shortages and the Government shutdown. Accordingly, the Government respectfully requests an extension of three weeks, until November 13, 2025, to respond to the Court so that the undersigned may familiarize himself with the case and review the archived file in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  s/ Daniel Roque
Daniel K. Roque
Special Assistant United States Attorney
(212) 637-1946

---

Application GRANTED.  The deadline will not be extended again.

SO ORDERED.       10/20/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE